United States District Court
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

In re the Seizure of:

ANY AND ALL FUNDS CURRENTLY ON DEPOSIT OR TRANSFERRED TO OR THROUGH JP MORGAN CHASE BANK ACCOUNT NO. 0000000391214855, HELD IN THE NAME OF OR FOR THE BENEFIT OF WINDSOR ANTIQUES, INC.;

AND ANY AND ALL PROCEEDS TRACEABLE THERETO.

SEIZURE WARRANT CARTER, M.J.

Case No. M-09-_____

M-09-892

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**TO: The UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Immigration and Customs Enforcement, and Any Duly Authorized Officer or Contractor of the United States of America:**

An affidavit having been made and sworn to before me by ICE Special Agent Giovannino Patania, who has reason to believe that ANY AND ALL FUNDS CURRENTLY ON DEPOSIT OR TRANSFERRED TO OR THROUGH JP MORGAN CHASE BANK ACCOUNT NO. 0000000391214855, HELD IN THE NAME OF OR FOR THE BENEFIT OF WINDSOR ANTIQUES, INC.; AND ANY AND ALL PROCEEDS TRACEABLE THERETO, are subject to forfeiture to the United States of America pursuant to Title 18, Sections 981, 982.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to Fed. R. Crim. P. 41(b)(1), Title 18, United States Code, Section 981(b), 982(b), and Title 21, United States Code, Section 853(f).

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, by serving this warrant and making the seizure (in the daytime - 5:00 A.M. to 10:00 P.M.), by leaving a copy of this warrant and receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law. A copy of this warrant may be served by facsimile or telecopier provided that hard copy is served promptly thereafter either in person or by overnight mail.

THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account by immediately providing to any duly authorized agent or law enforcement officer a bank or certified check made payable to the United States Customs and Border Protection, in the full amount of the balance in the respective above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the United States Customs and Border Protection, with the current account balances, and accrue any deposits, interest, dividends, and any other amount credited to said account until the aforementioned law enforcement agents direct that the contents of said account be finally liquidated and withdrawn.

September 4, 2009 at 4:55 p.m. (time)

Brooklyn, New York

_____
Hon.
United States Magistrate Judge

| Return | | |
|---|---|---|
| Case No.: UN07KR08NY0089 | Date and time warrant executed: 9/8/09 approximately 8:15AM | Copy of warrant and inventory left with: Warrant left with Mark D. Russell |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Check in the amount of $80,488.99 was received by the ICE OFFICE OF InvesTigaTions on OcTober 2, 2009. JP Morgan Chase check Number was 4552217566, and it was in reference to account number 391214855. which belonged To Mousa Khouli

*Lp.*

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____    _____ 10/5/19
                         Executing officer's signature

_____
Printed name and title

I request that this return be filed under seal because its disclosure would [check as applicable] ___ risk the investigation and/or ___ pose a risk of danger to person(s) or property

AUSA Printed Name    AUSA Signature    Date

X _Giovanni Battaglia_
Agent