ORIGINAL

SRL:LDM:CSK
F. #2009r00637/2011v01282

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
In Re the Seizure of:                            M 09-892 (MJC)

Any and all Funds Currently
on Deposit or Transferred to or Through
JP Morgan Chase Acct. xxxx4855, held
in the name of or for the benefit of
Windsor, Antiques, Inc.,

And any and all proceeds traceable
thereto.

- - - - - - - - - - - - - - - - - -X

   CLAIRE S. KEDESHIAN, hereby declares as follows:

 1. I am an Assistant United States Attorney in the United States Attorney's Office for the Eastern District of New York. I am responsible for the prosecution of the above-captioned matter and related forfeiture action. As such, I am familiar with the facts set forth below.

 2. I respectfully submit this declaration in support of plaintiff United States of America's request that the Court and Clerk of Court UNSEAL all legal papers and documents filed with the Court in this action.

 3. Now that the related criminal action, United States v. Khouli, et. al., CR 11-340 (ERK)(SMG), and civil forfeiture action, United States v. Various Antiques, et. al., CV 11-2889 (ERK)(SMG) have been unsealed, this related miscellaneous action, M 09-892 (MJC) should be unsealed as well.

 4. I hereby declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge, information and belief.

Dated: Brooklyn, New York
   July 15, 2011

              _____
              CLAIRE S. KEDESHIAN
              Assistant U.S. Attorney
              Eastern District of New York'